1006

No. 98–1832. LYNN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–1834. FULTZ *v.* DUNN ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–1840. ANDREWS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–1841. MEDJUCK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–1851. BERG *v.* COURT OF APPEAL OF CALIFORNIA, FIRST APPELLATE DISTRICT. C. A. 9th Cir. Certiorari denied.

No. 98–1865. DELUXE ELECTRONIC PAYMENT SYSTEMS, INC. *v.* MELLON BANK, N. A. C. A. 3d Cir. Certiorari denied.

No. 98–6437. RUNG *v.* MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW. C. A. 3d Cir. Certiorari denied.

No. 98–7930. CASON *v.* SMITH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–8056. FREDYMA *v.* LAKE SUNAPEE BANK ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–8172. OGUNYILEKA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–8264. HAYS *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 98–8462. MCNEILL *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 98–8525. NEVIUS *v.* MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–8870. GROVE *v.* NADEL, JUDGE, COURT OF COMMON PLEAS OF OHIO, HAMILTON COUNTY. Sup. Ct. Ohio. Certiorari denied.